Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Bleacher Creatures, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Animal Magic Asia Ltd.<br>Attn:  Willlem<br>BV Transvaalkade 13 1092 JK Amsterdam, NETHERLANDS | Willlem<br><br>willem@amasia.com.hk | Trade Debt | Disputed | | | $377,879.69 |
| Major League Baseball Properties, Inc.<br>Karen Abdul<br>12 East 49th Street<br>New York, NY 10017 | Karen Abdul<br><br>212-931-7874 | Trade Debt | Contingent Unliquidated | | | $332,624.90 |
| Leo Guthart<br>96 I U Willets Road<br>Old Westbury, NY 11568 | <br>914-834-7370 | Loan | | | | $149,769.73 |
| Warner Brothers<br>c/o JP Morgan<br>JP Morgan WBCP-LB#21477<br>131 S. Dearborn - 6th Floor<br>Chicago, IL 60603 | <br>818-977-4938 | Trade Debt | Contingent | | | $111,784.20 |
| NBA Properties, Inc.<br>Lindsay Milne<br>P.O. Box 10602<br>Newark, NJ 07193 | Lindsay Milne<br><br>212-407-8793 | Trade Debt | Contingent | | | $75,079.49 |
| Distribution Alternatives dba DSS<br>Margaret Zaro<br>435 Park Court<br>Lino Lakes, MN 55014 | Margaret Zaro<br><br>909-770-8900 | Trade Debt | | | | $72,738.48 |

| | | |
|---|---|---|
| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | page 1 |
| Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

Debtor **Bleacher Creatures, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Accounts Receivable P.O. Box 360001 Fort Lauderdale, FL 33336 | Accounts Receivable 800-472-9297 | Trade Debt | | | | $64,789.49 |
| Major League Baseball Players' Assoc. Tim Anziano 12 East 49th Street New York, NY 10017 | Tim Anziano 212-584-6510 | Trade Debt | Contingent Unliquidated | | | $56,831.64 |
| Wells Fargo 481 W Germantown Pike Plymouth Meeting, PA 19462 | (610) 828-5300 | Line of Credit | | | | $50,657.99 |
| National Hockey League Players' Assoc. Attn: Jennifer Coleman 10 Bay Street, Suite 1200, Toronto, Ontario M5J 2R8, CANADA | Jennifer Coleman 416-313-2300 | Trade Debt | Contingent | | | $46,145.10 |
| Chase Card Services Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | Cardmember Service 800-935-9935 | Trade Debt | | | | $36,016.13 |
| Ben Crudo Consulting Inc. Ben Crudo 4020 St-Ambroise Suite 198 Montreal Quebec, CANADA H4C2C7 | Ben Crudo 888-458-7742 | Trade Debt | | | | $16,937.50 |
| Soccer United Marketing Alyssa Charger 420 5th Avenue, 7th Floor New York, NY 10018 | Alyssa Charger 212.450.1268 x1409 | Trade Debt | Contingent Unliquidated | | | $16,637.82 |
| NHL Enterprises, LP Mary Beth Hunt 1185 Avenue of the Americas New York, NY 10036 | Mary Beth Hunt 212-789-2148 | Trade Debt | Contingent | | | $14,344.29 |

Debtor **Bleacher Creatures, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anbest Toys and Gifts  Attn: Cherry  No.66 Lianxin Road, Guangling District  Yangzhou, Jiangsu, CHINA | Cherry  anbest@anbesttoys.com | Trade Debt | | | | $13,626.00 |
| Labyrinth Sales  Jackie Hughes  29500 Aurora Road Suite 8  Solon, OH 44139 | Jackie Hughes  440-232-9922 | Trade Debt | | | | $12,383.33 |
| STC Company Ltd Toys and Children's Products Department  68 Fumin Nan Road, Dalang  Dongguan, Guangdong  CHINA | Linda Chen  Linda Chen@hkstc.com.cn | Trade Debt | | | | $12,335.20 |
| Marvel Characters B.V.  c/o Marvel Entertainment, LLC  Attn: Marvel Business and Legal Affairs  135 West 50th Street, 7th Floor  New York, NY 10019 | Yolanda Cruz  212-576-8594 | Trade Debt | | | | $11,929.75 |
| NFL Players Incorporated  Attn: Iva Lamanna/Karen Austiin  1133 20th Street, N.W.  Washington, DC 20036 | Iva Lamanna/Karen Austin  202-572-7464 | Trade Debt | | | | $10,409.00 |
| Weiss-Rohlig USA LLC  Shan Lam-Firms Code I352  1601 Estes Avenue  Elk Grove Village, IL 60007 | Shan Lam  617-884-0991 | Trade Debt | | | | $9,367.98 |