# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Bleacher Creatures, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam J. Erlbaum Trust dtd 4/4/97**<br>c/o Adam Jacob Investments LLC<br>42 W. Lancaster Avenue<br>2nd Floor<br>Ardmore, PA 19003 | Class B Preferred | 182.64 | |
| **Arrow Promotional Group, LLC**<br>59 W. 19th Street<br>New York, NY 10011 | Common | 1,782.43 | |
| **Erlbaum Investments, L.P.**<br>44 West Lancaster Avenue<br>Suite 110<br>Ardmore, PA 19003 | Class B Preferred | 182.64 | |
| **Erlbaum, Daniel**<br>328 Brookway Road<br>Merion Station, PA 19066 | Class B Preferred | 182.64 | |
| **Erlbaum, Scott**<br>674 Cherrydale Drive<br>Lafayette Hill, PA 19444 | Class B Preferred | 23.75 | |
| **Hoffman, Matthew S.**<br>608 Wayland Road<br>Plymouth Meeting, PA 19462 | Common | 1,618.80 | |
| **Howarth, Gregory**<br>1524 N. Trooper Road<br>Norristown, PA 19403 | Common | 202.35 | |
| **Mainline Investment Partners, LLC**<br>308 E. Lancaster Avenue<br>Suite 300<br>Wynnewood, PA 19096 | Class B Preferred | 47.50 | |
| **Michael Glassner & Rebecca Creskoff, JTW**<br>1610 Mount Vernon Circle<br>Gladwyne, PA 19035-1209 | Class B Preferred | 32.30 | |
| **Orris, John J.**<br>1705 Chantilly Lane<br>Chester Springs, PA 19425 | Class B Preferred | 19.48 | |

In re:  **Bleacher Creatures, LLC** _____ Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Regent Group, Ltd.**<br>42 W. Lancaster Avenue<br>2nd Floor<br>Ardmore, PA 19003 | Class B Preferred | 182.64 | |
| **Shein, Benjamin**<br>1107 Beech Road<br>Bryn Mawr, PA 19010-1647 | Class B Preferred | 64.53 | |
| **Wein, Richard**<br>1124 Upper Gulph Road<br>Wayne, PA 19087 | Class B Preferred | 32.26 | |
| **Weinberg, Gregory**<br>2323 Race Street<br>Unit 404<br>Philadelphia, PA 19103 | Common | 20.19 | Warrants |
| **Wildstein, Harris**<br>921 Exeter Crest<br>Villanova, PA 19085 | Class B Preferred | 47.50 | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 2, 2017**            Signature  **/s/ Matthew S. Hoffman**
                                             **Matthew S. Hoffman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.