United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-13162-jkf
Bleacher Creatures, LLC                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR          Page 1 of 1              Date Rcvd: Feb 26, 2018
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.
13937554       +Benjamin P. Shein,    1107 Beech Road,    Rosemont Pa 19010-1647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:
      DAVID M. KLAUDER    on behalf of Interested Party    Bleacher Acquisition, LLC
       dklauder@bk-legal.com,    ahuber@bk-legal.com
      GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
      JENNIFER R. HOOVER    on behalf of Debtor    Bleacher Creatures, LLC jhoover@beneschlaw.com,
       docket@beneschlaw.com;mbarrie@beneschlaw.com;lmolinaro@beneschlaw.com
      MATTHEW   RIFINO    on behalf of Creditor    Major League Baseball Players Association
       MRifino@McCarter.com,    kmayer@mccarter.com
      MICHAEL JASON BARRIE    on behalf of Plaintiff    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
       docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
      MICHAEL JASON BARRIE    on behalf of Accountant    VINIAR & COMPANY mbarrie@beneschlaw.com,
       docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
      MICHAEL JASON BARRIE    on behalf of Debtor    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
       docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
      NATALIE D. RAMSEY    on behalf of    Major League Baseball Properties, Inc. nramsey@mmwr.com,
       ECFdocuments@pacerpro.com;keith-mangan-mmwr-1628@ecf.pacerpro.com
      PHILLIP D. BERGER    on behalf of Creditor Benjamin   Shein berger@bergerlawpc.com,
       kaufmann@bergerlawpc.com
      PHILLIP D. BERGER    on behalf of    Beneficial Bank berger@bergerlawpc.com,
       kaufmann@bergerlawpc.com
      THOMAS DANIEL BIELLI    on behalf of Interested Party    Bleacher Acquisition, LLC
       tbielli@bk-legal.com,    cstephenson@bk-legal.com;acarrillo@bk-legal.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                       TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLEACHER CREATURES, LLC, | : | Case No. 17-13162 (JKF) |
| | : | |
| Debtor.[1] | : | |
| | : | |

**ORDER GRANTING DEBTOR'S OBJECTION
TO CLAIM NO. 6 FILED BY BENJAMIN P. SHEIN**

AND NOW, this  24th  day of   February   , 2018, upon consideration of the Debtor's Objection to Claim No. 6 Filed by Benjamin P. Shein (the "Objection") and Benjamin Shein's Response thereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and adequate notice of the Objection having been given; and it appearing that no other notice need be given; and after a hearing being held on the record on January 24, 2018, it is hereby:

**ORDERED**, that the Objection is **SUSTAINED**; and it is further

**ORDERED**, that Claim No. 6 filed by Benjamin P. Shein is hereby **RECLASSIFIED** and **ALLOWED** as proof of an equity interest in the Debtor; and it is further

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to this Order.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Copies to: attached service list

---

[1] The last four digits of the Debtor's federal tax identification number are (4547).

Benjamin P. Shein
1107 Beech Road
Rosemont, PA 19010

Phillip D. Berger, Esq.
Berger Law Group, PC
11 Elliott Avenue, Suite 100
Bryn Mawr, PA 19010
*Attorney for Benjamin P. Shein*

George M. Conway, Esq
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107