# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLEACHER CREATURES, LLC, | : | Case No.: 17-13162 (JKF) |
| | : | |
| Debtor. | : | **Related Docket No. #191** |
| | : | **Hearing Date: April 25, 2018 at 9:30 a.m.** |
| | : | **Obj. Deadline: April 3, 2018** |

### NOTICE OF HEARING REGARDING MOTION OF MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION FOR (I) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND (II) ACCOUNTING OF DEBTOR SALE PROCEEDS

**PLEASE TAKE NOTICE** that on March 20, 2018 Major League Baseball Players Association ("MLBPA"), by and through its attorneys, filed its Motion for the entry of an order (I) allowing its administrative expense claim, (II) compelling immediate payment of the administrative expense claim, and (III) compelling the Debtor to account for the sale of all products bearing MLBPA's rights and marks during the course of this bankruptcy case pursuant to Section 503 of the Bankruptcy Code and Rules 2004 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Motion") with the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107 (the "Bankruptcy Court").  A copy of which you were previously served.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion are to be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned, on or before **April 3, 2018**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed, a hearing on the Motion may be held before the Honorable Jean K. FitzSimon at the Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107, on **April 25, 2018 at 9:30 a.m.** (prevailing Eastern Time).

ME1 26851664v.1

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated:   March 26, 2018
        Philadelphia, Pennsylvania

**McCARTER & ENGLISH, LLP**

*s/ Glenn P. Callahan*
Glenn P. Callahan (PA# 48355)
1600 Market Street, Suite 3900
Philadelphia, Pennsylvania 19103
Telephone:  215.979.3882
gcallahan@mccarter.com

*Attorneys for Major League Baseball Players Association*

ME1 26851664v.1

# CERTIFICATE OF SERVICE

I, Glenn P. Callahan, Esquire, hereby certify that on March 26, 2018, a true and correct copy of the foregoing *Notice of Motion of Major League Baseball Players Association for (I) Allowance and Payment of Administrative Expense Claim and (II) Accounting of Debtor Sale Proceeds* was caused to be served upon the below listed parties via First Class Mail, postage pre-paid or in the manner so indicated.

*s/ Glenn P. Callahan*
Glenn P. Callahan (PA# 48355)

Michael Jason Barrie
Benesch Friedlander Coplan & Aronoff LLP
One Liberty Place
1650 Market Street, Suite 3628
Philadelphia, PA 19103-7301

George M. Conway
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Bleacher Creatures, LLC
527 Plymouth Road, Suite 407
Plymouth Meeting, PA 19462

Thomas D. Bielli, Esquire
Bielli & Klauder, LLC
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Beneficial Mutual Savings Bank
1818 Beneficial Bank Place
1818 Market Street
Philadelphia PA 19103