# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bleacher Creatures, LLC<br>                    Debtor(s) | CHAPTER 11 |
| Toyota Lease Trust<br>                    Movant<br>        vs.<br>Bleacher Creatures, LLC<br>                    Debtor(s) | NO. 17-13162 jkf<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the vehicle lease held by the Movant on the Debtor's and Co-Debtor's vehicle is **$1,304.66,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | November 2017 through May 2018 at $186.38 |
| **Total Post-Petition Arrears** | **$1,304.66** |

2. As of May 1, 2018, Debtor hereby rejects Movant's lease pursuant to 11 U.S.C. Section 365.

3. Movant consents to Debtor's rejection of its lease.

4. Debtor consents to the lifting the automatic stay to permit Movant, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4, VIN: 2T3BFREV1GW502425 in a commercially reasonable manner.

5. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the lease and applicable law.

6. Nothing in this stipulation shall constitute a waiver by Debtor or Co-Debtor of any rights, claims, or defenses relating to Movant and/or the lease.

      7.    The parties agree that a facsimile signature shall be considered an original signature.

Date:  May 2, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 5/10/2018

By:_____
William M. Alleman, Jr.
Benesch, Friedlander, Coplan & Aronoff LLP
Attorney for Debtor

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

**Date: May 14, 2018**

Bankruptcy Judge
Jean K. Fitzsimon

NBS Toyota Motor Credit Corporation