United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-13162-jkf
Bleacher Creatures, LLC                                                  Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: May 14, 2018
                              Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db              #+Bleacher Creatures, LLC,    527 Plymouth Road,    Suite 407,    Plymouth Meeting, PA 19462-1641
aty              Benesch, Friedlander, Coplan & Aronoff LLP,    One Liberty Place,    1650 Market Street,
                   Suite 3628,   Philadelphia, PA  19103-7301
13931616        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              DAVID M. KLAUDER    on behalf of Interested Party    Bleacher Acquisition, LLC
               dklauder@bk-legal.com,    ahuber@bk-legal.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GLEN P. CALLAHAN    on behalf of Creditor    Major League Baseball Players Association
               gcallahan@mccarter.com
              JENNIFER R. HOOVER    on behalf of Debtor    Bleacher Creatures, LLC jhoover@beneschlaw.com,
               docket@beneschlaw.com;mbarrie@beneschlaw.com;lmolinaro@beneschlaw.com
              MATTHEW RIFINO    on behalf of Creditor    Major League Baseball Players Association
               MRifino@McCarter.com,    kmayer@mccarter.com
              MICHAEL JASON BARRIE    on behalf of Debtor    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
               docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              MICHAEL JASON BARRIE    on behalf of Plaintiff    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
               docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              MICHAEL JASON BARRIE    on behalf of Accountant    VINIAR & COMPANY mbarrie@beneschlaw.com,
               docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              NATALIE D. RAMSEY    on behalf of    Major League Baseball Properties, Inc. nramsey@mmwr.com,
               ECFdocuments@pacerpro.com;keith-mangan-mmwr-1628@ecf.pacerpro.com
              PHILLIP D. BERGER    on behalf of    Beneficial Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              PHILLIP D. BERGER    on behalf of Creditor Benjamin  Shein berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Interested Party    Bleacher Acquisition, LLC
               tbielli@bk-legal.com,    cstephenson@bk-legal.com;acarrillo@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bleacher Creatures, LLC<br>        Debtor(s) | CHAPTER 11 |
| Toyota Lease Trust<br>        Movant<br>vs.<br>Bleacher Creatures, LLC<br>        Debtor(s) | NO. 17-13162 jkf<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the vehicle lease held by the Movant on the Debtor's and Co-Debtor's vehicle is **$1,304.66,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | November 2017 through May 2018 at $186.38 |
| **Total Post-Petition Arrears** | **$1,304.66** |

2. As of May 1, 2018, Debtor hereby rejects Movant's lease pursuant to 11 U.S.C. Section 365.

3. Movant consents to Debtor's rejection of its lease.

4. Debtor consents to the lifting the automatic stay to permit Movant, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4, VIN: 2T3BFREV1GW502425 in a commercially reasonable manner.

5. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the lease and applicable law.

6. Nothing in this stipulation shall constitute a waiver by Debtor or Co-Debtor of any rights, claims, or defenses relating to Movant and/or the lease.

      7.    The parties agree that a facsimile signature shall be considered an original signature.

Date:  May 2, 2018                           By: /s/ Rebecca A. Solarz, Esquire
                                                   Rebecca A. Solarz, Esquire
                                                   Attorney for Movant

Date: 5/10/2018                          By:_____
                                                  William M. Alleman, Jr.
                                                  Benesch, Friedlander, Coplan & Aronoff LLP
                                                  Attorney for Debtor

Approved by the Court this _____ day of _____, 2018.  However, the court retains discretion regarding entry of any further order.

**Date: May 14, 2018**                    _____
                                                 Bankruptcy Judge
                                                 Jean K. Fitzsimon

NBS Toyota Motor Credit Corporation

Case 17-13162-jkf    Doc 220    Filed 05/16/18    Entered 05/17/18 01:00:49    Desc
Imaged Certificate of Notice    Page 4 of 4