IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLEACHER CREATURES, LLC, | : | Case No. 17-13162 (JKF) |
| | : | |
| Debtor.[1] | : | |
| | : | |

**SUPPLEMENTAL ORDER GRANTING APPLICATION OF THE DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY VINIAR & COMPANY AS TAX ACCOUNTANT TO THE DEBTOR AND DEBTOR IN POSSESSION PURSUANT TO 11 U.S.C. §§ 327(A) AND 328(A) *NUNC PRO TUNC* TO MAY 19, 2017**

AND NOW, this _____ day of _____, 2018, upon consideration the supplemental application of the debtor and debtor in possession in the above-captioned case (the "Debtor") for the entry of an order authorizing the Debtor to retain and employ Viniar & Company ("Viniar") as its tax accountant in this chapter 11 bankruptcy case *nunc pro tunc* to May 19, 2017 (the "Supplemental Application");[2] and having heard the statements of Debtor's counsel and the statements of other parties in interest who appeared; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the Application is in the best interests of the Debtor, its estate, and its creditors; and adequate notice of the Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor, it is hereby:

**ORDERED**, that the Supplemental Application is **GRANTED**; and it is further

**ORDERED**, that, in accordance with sections 327(a) and 328(a) of the Bankruptcy Code, the Debtor is authorized to retain and employ Viniar as tax accountant on the terms set

---

[1] The last four digits of the Debtor's federal tax identification number are (4547). The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

[2] Capitalized but undefined terms have the meaning ascribed to them in the Application.

forth in the Supplemental Application and Proposal Letter dated December 20, 2017; and it is further

**ORDERED**, that Viniar shall be entitled to allowance of compensation and reimbursement of expenses upon the filing and approval of interim and final fee applications pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and such other Orders as the Court may direct; and it is further

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to this Order.

**Date: May 17, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE

Copies to: attached service list

Berger Law Group, PC
Phillip D. Berger, Esquire
11 Elliott A venue, Suite 100
Bryn Mawr, PA 19010

Office of the United States Trustee
George M. Conway, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Matthew J. Rifino, Esq.
McCarter & English, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801

Rebecca A. Solarz, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Anbest Toys and Gifts
Attn.: Cherry
No.66 Lianxin Road, Guangling District
Yangzhou, Jiangsu, CHINA

Ben Crudo Consulting Inc.
Attn.: Ben Crudo
4020 St-Ambroise Suite 198
Montreal Quebec, CANADA H4C2C7

Distribution Alternatives dba DSS
Attn.: Margaret Zaro
435 Park Court
Lino Lakes, MN 55014

Leo Guthart
96 I U Willets Road
Old Westbury, NY 11568

Glenn P. Callahan, Esq.
McCarter & English, LLP
1600 Market Street, Suite 3900
Philadelphia, PA 19103

Keith C. Owens
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

Natalie D. Ramsey, Esq.
Laurie Krepto, Esq.
Montgomery McCracken Walker & Rhodes LLP
123 South Broad Street
Philadelphia, PA 19109

American Express
Accounts Receivable
P.O. Box 360001
Fort Lauderdale, FL 33336

Animal Magic Asia Ltd.
Attn.: Willlem
BV Transvaalkade 13 1092 JK
Amsterdam, NETHERLANDS

Chase Card Services
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Labyrinth Sales
Attn.: Jackie Hughes
29500 Aurora Road Suite 8
Solon, OH 44139

Major League Baseball Players' Assoc.
Attn.: Tim Anziano
12 East 49th Street, 24th Floor
New York, NY 10017

Major League Baseball Properties, Inc.
Attn.:  Karen Abdul
245 Park Avenue
New York, NY 10167

Marvel Characters B.V.
c/o Marvel Entertainment, LLC
Attn.:  Yolanda Cruz
135 West 50th Street, 7th Floor
New York, NY 10019

NBA Properties, Inc.
Attn.:  Lindsay Milne
P.O. Box 10602
Newark, NJ 07193

NFL Players Incorporated
Attn.:  Iva Lamanna/Karen Austin
1133 20th Street, N.W.
Washington, DC 20036

NHL Enterprises, LP
Attn.:  Mary Beth Hunt
185 Avenue of the Americas
New York, NY 10036

NHL Enterprises, LP
Attn.:  Mary Beth Hunt
185 Avenue of the Americas
New York, NY 10036

National Hockey League Players Assoc.
Attn.:  Jennifer Coleman
10 Bay Street, Suite 1200,
Toronto, Ontario M5J 2R8, CANADA

STC (Dongguan) Company Ltd
Attn.:  Eugene Huang
68 Fumin Nan Road, Dalang
Dongguan, Guangdong  CHINA

Soccer United Marketing
Attn.:  Alyssa Charger
420 5th Avenue, 7th Floor
New York, NY 10018

Warner Brothers
c/o JP Morgan WBCP- LB#21477
131 S. Dearborn - 6th Floor
Chicago, IL 60603

Weiss-Rohlig USA LLC
Attn.: Shan Lam-Firms
Code I352
1601 Estates Avenue
Elk Grove Village, IL 60007

Wells Fargo Bank
481 W Germantown Pike
Plymouth Meeting, PA 19462