IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLEACHER CREATURES, LLC, | : | Case No. 17-13162 (JKF) |
| | : | |
| Debtor.[1] | : | |

### STIPULATION REGARDING REVISED BRIEFING SCHEDULE
### FOR SUPPLEMENTAL BRIEFING ON MR. SHEIN'S
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

WHEREAS, on February 16, 2018, Mr. Benjamin Shein filed *Creditor Benjamin Shein's Motion Seeking Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* (D.I. 177) (the "Motion"); and

WHEREAS, on March 14, 2018, Bleacher Creatures, LLC (the "Debtor") filed an objection to the Motion (D.I. 189); and

WHEREAS, on May 15, 2018, the Court held a hearing on the Motion, during which the Court ordered the parties to submit supplemental briefing regarding the derivative/direct nature of Mr. Shein's proposed claims, as set forth in the Motion; and

WHEREAS, the parties agreed on the record of the May 15, 2018 hearing to the following briefing schedule: (i) the Debtor would submit an opening supplemental brief on June 1, 2018; (ii) Mr. Shein would submit an answering supplemental brief on June 22, 2018; and (iii) the Court would hold a status conference at 9:30 a.m. on June 27, 2018 to advise the parties whether oral argument regarding the supplemental briefing would be necessary; and

WHEREAS, the parties have agreed to extend the briefing schedule by one week, subject to approval by this Court;

---

[1] The last four digits of the Debtor's federal tax identification number are (4547). The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

11230795

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Debtor shall submit an opening supplemental brief on or before June 8, 2018.

2. Mr. Shein shall submit an answering supplemental brief on or before June 29, 2018.

3. The Court will hold a status conference regarding the supplemental briefing on July 24, 2018 at 2:00 p.m. (ET).


Bleacher Creatures, LLC

By: Michael J. Barrie
Counsel for the Debtor

Mr. Benjamin Shein

By: Phillip D. Berger
Counsel for Mr. Shein


IT IS SO ORDERED.

Dated: June 1, 2018
Philadelphia, Pennsylvania

Jean K. FitzSimon
United States Bankruptcy Judge

- 2 -