United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bleacher Creatures, LLC  
    Debtor

Case No. 17-13162-jkf  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jun 01, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.  
db          #+Bleacher Creatures, LLC,    527 Plymouth Road,    Suite 407,    Plymouth Meeting, PA 19462-1641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:

         DAVID M. KLAUDER    on behalf of Interested Party    Bleacher Acquisition, LLC  dklauder@bk-legal.com, ahuber@bk-legal.com  
         GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov  
         GLEN P. CALLAHAN    on behalf of Creditor    Major League Baseball Players Association gcallahan@mccarter.com  
         JENNIFER R. HOOVER    on behalf of Debtor    Bleacher Creatures, LLC jhoover@beneschlaw.com, docket@beneschlaw.com;mbarrie@beneschlaw.com;lmolinaro@beneschlaw.com  
         MATTHEW RIFINO    on behalf of Creditor    Major League Baseball Players Association MRifino@McCarter.com, kmayer@mccarter.com  
         MICHAEL JASON BARRIE    on behalf of Plaintiff    Bleacher Creatures, LLC mbarrie@beneschlaw.com, docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com  
         MICHAEL JASON BARRIE    on behalf of Accountant    VINIAR & COMPANY mbarrie@beneschlaw.com, docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com  
         MICHAEL JASON BARRIE    on behalf of Debtor    Bleacher Creatures, LLC mbarrie@beneschlaw.com, docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com  
         NATALIE D. RAMSEY    on behalf of    Major League Baseball Properties, Inc. nramsey@mmwr.com, ECFdocuments@pacerpro.com;keith-mangan-mmwr-1628@ecf.pacerpro.com  
         PHILLIP D. BERGER    on behalf of    Beneficial Bank berger@bergerlawpc.com, kaufmann@bergerlawpc.com  
         PHILLIP D. BERGER    on behalf of Creditor Benjamin    Shein berger@bergerlawpc.com, kaufmann@bergerlawpc.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         THOMAS DANIEL BIELLI    on behalf of Interested Party    Bleacher Acquisition, LLC tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

         TOTAL: 14

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| BLEACHER CREATURES, LLC, | Case No. 17-13162 (JKF) |
| Debtor.[1] | |

### STIPULATION REGARDING REVISED BRIEFING SCHEDULE FOR SUPPLEMENTAL BRIEFING ON MR. SHEIN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

WHEREAS, on February 16, 2018, Mr. Benjamin Shein filed *Creditor Benjamin Shein's Motion Seeking Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* (D.I. 177) (the "Motion"); and

WHEREAS, on March 14, 2018, Bleacher Creatures, LLC (the "Debtor") filed an objection to the Motion (D.I. 189); and

WHEREAS, on May 15, 2018, the Court held a hearing on the Motion, during which the Court ordered the parties to submit supplemental briefing regarding the derivative/direct nature of Mr. Shein's proposed claims, as set forth in the Motion; and

WHEREAS, the parties agreed on the record of the May 15, 2018 hearing to the following briefing schedule: (i) the Debtor would submit an opening supplemental brief on June 1, 2018; (ii) Mr. Shein would submit an answering supplemental brief on June 22, 2018; and (iii) the Court would hold a status conference at 9:30 a.m. on June 27, 2018 to advise the parties whether oral argument regarding the supplemental briefing would be necessary; and

WHEREAS, the parties have agreed to extend the briefing schedule by one week, subject to approval by this Court;

---

[1] The last four digits of the Debtor's federal tax identification number are (4547). The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

11230795

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Debtor shall submit an opening supplemental brief on or before June 8, 2018.

2. Mr. Shein shall submit an answering supplemental brief on or before June 29, 2018.

3. The Court will hold a status conference regarding the supplemental briefing on July 24, 2018 at 2:00 p.m. (ET).


Bleacher Creatures, LLC

_____
By: Michael J. Barrie
Counsel for the Debtor

Mr. Benjamin Shein

_____
By: Phillip D. Berger
Counsel for Mr. Shein


IT IS SO ORDERED.

Dated: June 1, 2018
Philadelphia, Pennsylvania

_____
Jean K. FitzSimon
United States Bankruptcy Judge