*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Bleacher Creatures, LLC
    Debtor(s)

Case No: 17–13162–jkf
Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay Filed by Benjamin Shein Represented by PHILLIP D. BERGER (Counsel).

on: 9/27/18

at: 03:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/24/18

Timothy B. McGrath
Clerk of Court

239 – 177
Form 167