United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13162-jkf
Bleacher Creatures, LLC                                                   Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan          Page 1 of 1          Date Rcvd: Aug 24, 2018
                              Form ID: 167        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db           #+Bleacher Creatures, LLC,    527 Plymouth Road,    Suite 407,    Plymouth Meeting, PA 19462-1641
aty           Benesch, Friedlander, Coplan & Aronoff LLP,    One Liberty Place,    1650 Market Street,
              Suite 3628,   Philadelphia, PA  19103-7301
acc          +VINIAR & COMPANY,    7341 Carmela Way,    Del Ray Beach, FL 33446-5667
acc          +VINIAR & COMPANY,    222 S. US Highway 1,    ste 7,    Tesquesta, FL 33469-2740
13937554     +Benjamin P. Shein,    1107 Beech Road,    Rosemont Pa 19010-1647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: kcoughlan@sheinlaw.com Aug 25 2018 01:58:55     Benjamin Shein,
              121 S Broad Street, 21st floor,   Philadelphia, PA 19107-4557
                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
          DAVID M. KLAUDER   on behalf of Interested Party   Bleacher Acquisition, LLC
           dklauder@bk-legal.com,  ahuber@bk-legal.com
          GEORGE M. CONWAY   on behalf of U.S. Trustee   United States Trustee george.m.conway@usdoj.gov
          GLEN P. CALLAHAN   on behalf of Creditor   Major League Baseball Players Association
           gcallahan@mccarter.com
          JENNIFER R. HOOVER   on behalf of Debtor   Bleacher Creatures, LLC jhoover@beneschlaw.com,
           docket@beneschlaw.com;mbarrie@beneschlaw.com;lmolinaro@beneschlaw.com
          MATTHEW RIFINO   on behalf of Creditor   Major League Baseball Players Association
           MRifino@McCarter.com,  kmayer@mccarter.com
          MICHAEL JASON BARRIE   on behalf of Accountant   VINIAR & COMPANY mbarrie@beneschlaw.com,
           docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
          MICHAEL JASON BARRIE   on behalf of Debtor   Bleacher Creatures, LLC mbarrie@beneschlaw.com,
           docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
          MICHAEL JASON BARRIE   on behalf of Plaintiff   Bleacher Creatures, LLC mbarrie@beneschlaw.com,
           docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
          NATALIE D. RAMSEY   on behalf of   Major League Baseball Properties, Inc. nramsey@mmwr.com,
           ECFdocuments@pacerpro.com;keith-mangan-mmwr-1628@ecf.pacerpro.com
          PHILLIP D. BERGER   on behalf of   Beneficial Bank berger@bergerlawpc.com,
           kaufmann@bergerlawpc.com
          PHILLIP D. BERGER   on behalf of Creditor Benjamin  Shein berger@bergerlawpc.com,
           kaufmann@bergerlawpc.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          THOMAS DANIEL BIELLI   on behalf of Interested Party   Bleacher Acquisition, LLC
           tbielli@bk-legal.com,  cstephenson@bk-legal.com;acarrillo@bk-legal.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 14

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Bleacher Creatures, LLC

        Debtor(s)

Case No: 17–13162–jkf

Chapter: 11

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay Filed by Benjamin Shein Represented by PHILLIP D. BERGER (Counsel).

on: 9/27/18

at: 03:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/24/18

Timothy B. McGrath
Clerk of Court

239 – 177
Form 167