# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | Chapter 11 |
| BLEACHER CREATURES, LLC, | Case No. 17-13162 (JKF) |
| Debtor.[1] | **Objections Due: October 17, 2018** |
|  | **Hearing Location (if necessary):** |
|  | **Courtroom #3** |
|  | **Robert N.C. Nix Sr. Federal** |
|  | **Courthouse, 900 Market Street,** |
|  | **Philadelphia, Pennsylvania 19107** |

## RE-NOTICE OF APPLICATION, RESPONSE DEADLINE, AND HEARING DATE

PLEASE TAKE NOTICE THAT Viniar & Company (the "Applicant") has filed the *Second and Final Application of Viniar & Company, as Tax Accountant to the Debtor and Debtor in Possession, for Payment of Compensation for Services Rendered to the Debtor* (the "Application") on August 30, 2018 [D.I. 241] seeking an order of the Court authorizing the Debtor to pay Viniar & Company $6,014.00 for services rendered as tax accountant to the Debtor in this bankruptcy case.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS AND CAREFULLY DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY).**

1. If you do not want the Court to grant the relief sought in the Application or if you want the Court to consider your views on the Application, **then on or before October 17, 2018,** you or your attorney must do ALL of the following:

    A. File an answer explaining your position at

    **UNITED STATES BANKRUPTCY COURT
    ROBERT N.C. NIX SR. FEDERAL COURTHOUSE
    900 MARKET STREET
    PHILADELPHIA, PENNSYLVANIA 19107**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

---

[1] The last four digits of the Debtor's federal tax identification number are (4547). The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

B. Mail a copy to the Debtor's attorney:

**MICHAEL J. BARRIE
JENNIFER R. HOOVER
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1650 MARKET STREET, 36TH FLOOR**

**PHILADELPHIA, PA  19103
TELEPHONE: 302-442-7010
FAX: 302-442-7012**

2. If you or your attorney do not take the steps described in paragraphs 1.A and 1.B above, the Court may enter an order granting the relief requested in the Application without a hearing.

3. A hearing on the Application, if necessary, will be held before the **HONORABLE JEAN K. FITZSIMON** on **OCTOBER 24, 2018, at 9:30 A.M.** in Courtroom #3, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania 19107.

4. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1.B.

5. You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated:  September 18, 2018

**BENESCH, FRIEDLANDER,
     COPLAN & ARONOFF LLP**

 */s/ Michael J. Barrie*
Michael J. Barrie (PA Bar No. 85626)
Jennifer R. Hoover (PA Bar No. 87910)
1650 Market Street, Suite 3628
Philadelphia, PA  19103
(267) 207-2947 (Telephone)
(267) 207-2949 (Facsimile)

*Counsel for the Debtor
and Debtor in Possession*