**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BLEACHER CREATURES, LLC, | : | Case No. 17-13162 (JKF) |
| Debtor.[1] | : | |

**CERTIFICATE OF SERVICE**

     I, Michael J. Barrie, do hereby certify that I am over the age of 18 and on September 18, 2018, I caused a copy of the *Second and Final Application of Viniar & Company, as Tax Accountant to the Debtor and Debtor in Possession, for Payment of Compensation for Services Rendered to the Debtor* (the "Application") filed on August 30, 2018 [D.I. 241], along with the *Re-Notice of Application, Response Deadline, and Hearing Date* (the "Re-Notice") filed on September 18, 2018 [D.I. 242], to be served by First Class U.S. Mail on the attached service list.

Dated:  September 21, 2018        **BENESCH, FRIEDLANDER,
                                                            COPLAN & ARONOFF LLP**

                                                           */s/ Michael J. Barrie*
                                                       Michael J. Barrie (PA Bar No. 85626)
                                                       Jennifer R. Hoover (PA Bar No. 87910)
                                                       1650 Market Street, Suite 3628
                                                       Philadelphia, PA  19103
                                                       (267) 207-2947 (Telephone)
                                                       (267) 207-2949 (Facsimile)

                                                       *Counsel for the Debtor
                                                      and Debtor in Possession*

---

[1]    The last four digits of the Debtor's federal tax identification number are (4547).  The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

Bleacher Creatures, LLC
527 Plymouth Road, Suite 407
Plymouth Meeting, PA 19462

Beneficial Mutual Savings Bank
1818 Beneficial Bank Place
1818 Market Street
Philadelphia PA 19103

Berger Law Group, PC
Phillip D. Berger, Esquire
11 Elliott A venue, Suite 100
Bryn Mawr, PA 19010

Office of the United States Trustee
George M. Conway, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Thomas D. Bielli, Esquire
David M. Klauder, Esquire
Bielli & Klauder, LLC
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

**Twenty Largest**

American Express
Accounts Receivable
P.O. Box 360001
Fort Lauderdale, FL 33336

Anbest Toys and Gifts
Attn.: Cherry
No.66 Lianxin Road, Guangling District
Yangzhou, Jiangsu, CHINA

Animal Magic Asia Ltd.
Attn.: Willlem
BV Transvaalkade 13 1092 JK
Amsterdam, NETHERLANDS

Ben Crudo Consulting Inc.
Attn.: Ben Crudo
4020 St-Ambroise Suite 198
Montreal Quebec, CANADA H4C2C7

Chase Card Services
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Distribution Alternatives dba DSS
Attn.:  Margaret Zaro
435 Park Court
Lino Lakes, MN 55014

Labyrinth Sales
Attn.:  Jackie Hughes
29500 Aurora Road Suite 8
Solon, OH 44139

Leo Guthart
96 I U Willets Road
Old Westbury, NY 11568

Major League Baseball Players' Assoc.
Attn.:  Tim Anziano
12 East 49th Street, 24th Floor
New York, NY 10017

Major League Baseball Properties, Inc.
Attn.:  Karen Abdul
12 East 49th Street, 34th Floor
New York, NY 10017

Marvel Characters B.V.
c/o Marvel Entertainment, LLC
Attn.:  Yolanda Cruz
135 West 50th Street, 7th Floor
New York, NY 10019

NBA Properties, Inc.
Attn.:  Lindsay Milne
P.O. Box 10602
Newark, NJ 07193

NFL Players Incorporated
Attn.:  Iva Lamanna/Karen Austin
1133 20th Street, N.W.
Washington, DC 20036

NHL Enterprises, LP
Attn.:  Mary Beth Hunt
185 Avenue of the Americas
New York, NY 10036

National Hockey League Players Assoc.
Attn.:  Jennifer Coleman
10 Bay Street, Suite 1200,
Toronto, Ontario M5J 2R8, CANADA

STC (Dongguan) Company Ltd
Attn.:  Eugene Huang
68 Fumin Nan Road, Dalang
Dongguan, Guangdong  CHINA

Soccer United Marketing
Attn.:  Alyssa Charger
420 5th Avenue, 7th Floor
New York, NY 10018

Warner Brothers
c/o JP Morgan WBCP- LB#21477
131 S. Dearborn - 6th Floor
Chicago, IL 60603

Weiss-Rohlig USA LLC
Attn.: Shan Lam-Firms
Code I352
1601 Estates Avenue
Elk Grove Village, IL 60007

Wells Fargo Bank
481 W Germantown Pike
Plymouth Meeting, PA 19462