**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: _Bleacher Creatures LLC_    Bank: _TD Bank_

Bankruptcy Number: _17-13162_    Account Number: _433-0241673_

Date of Confirmation: _____    Account Type: _Checking_

Reporting Period (month/year): _June/2018_
_Q2_

Beginning Cash Balance: $ _119,439.20_

All receipts received by the debtor:

Cash Sales: $ _____

Collection of Accounts Receivable: $ _645.21_

Proceeds from Litigation (settlement or otherwise): $ _____

Sale of Debtor's Assets: $ _____

Capital Infusion pursuant to the Plan: $ _____

Total of cash received: $ _645.21_

Total of cash available: $ _120,288.41_

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ _44,863.29_ ✳

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ _71,765.49_

All other disbursements made in the ordinary course: $ _____

Total Disbursements $ _116,628.78_

Ending Cash Balance $ _3,455.63_

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_9-25-18_
Date

Name/Title    _President_
_Matthew Hoffman_

Debtor: _Bleacher Creatures LLC_

Case Number: _17-13162_

✳ Represents payment to Bleacher Acquisition, LLC, pursuant to sale Order (D.i. 104) and as reflected in March 2018 monthly operating report (D.i.202

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Bleacher Creatures LLC   Bank: Wells Fargo

Bankruptcy Number: 17-13162   Account Number: 2000059373045

Date of Confirmation: _____   Account Type: Checking

Reporting Period (month/year): June /2018  Q2

Beginning Cash Balance: $ 40,300.78

All receipts received by the debtor:

Cash Sales: $ _____

Collection of Accounts Receivable: $ 9,262.96

Proceeds from Litigation (settlement or otherwise): $ _____

Sale of Debtor's Assets: $ _____

Capital Infusion pursuant to the Plan: $ 14,000

Total of cash received: $ 23,262.96

Total of cash available: $ 63,563.74 *

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ _____

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ _____

All other disbursements made in the ordinary course: $ 541.52

Total Disbursements $ 541.52

Ending Cash Balance $ 63,022.22

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9-25-18   Matthew Hoffman/President
Date        Name/Title

Debtor: Bleacher Creatures LLC

Case Number: 17-13162

* of the total cash balance, approximately $ 51,920.18 is available for distribution under the plan due to amounts owing to Bleacher Aquisition, LLC.

| ASSETS | Month June 30, 2018 | Month |
|---|---|---|
| Cash (Unrestricted) | 66,477.85 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | 66,477.85 | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | 66,477.85 | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 1,005,745.05 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | 11,643.56 | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | 1,017,388.61 | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | 1,017,388.61 | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | (950,910.76) | |
| Total Equity (Deficit) | (950,910.76 | |
| Total Liabilities & Owners' Equity | 66,477.85 | |