# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| BLEACHER CREATURES, LLC, | Case No. 17-13162 (JKF) |
| Debtor.[1] | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 26, 2018, the Debtor caused its Post-Confirmation Quarterly Report for the Second Quarter of 2018 to be served via First Class Mail upon:

George M. Conway
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Dated: September 26, 2018

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 /s/ Michael J. Barrie
Michael J. Barrie (PA Bar No. 85626)
Jennifer R. Hoover (PA Bar No. 87910)
1650 Market Street, Suite 3628
Philadelphia, PA  19103
(267) 207-2947 (Telephone)
(267) 207-2949 (Facsimile)

*Counsel for the Debtor
and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are (4547). The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

11544563