# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLEACHER CREATURES, LLC, | : | Case No. 17-13162 (JKF) |
| | : | |
| Debtor.[1] | : | Hearing Date: 10/24/2018 at 9:30 AM |
| | : | Objection Deadline: 10/17/2018 |
| | : | Related to Docket No. 241 |

## CERTIFICATION OF NO RESPONSE REGARDING SECOND AND FINAL APPLICATION OF VINIAR & COMPANY, AS TAX ACCOUNTANT TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED TO THE DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Second and Final Application of Viniar & Company, as Tax Accountant to the Debtor and Debtor In Possession, for Payment of Compensation for Services Rendered to the Debtor* [D.I. 241] (the "Fee Application"), filed on August 30, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed, and no answer, objection or other responsive pleading to the Fee Application appears thereon. Pursuant to the Fee Application [D.I. 241], objections were to be filed and served no later than October 17, 2018.

It is hereby respectfully requested that the Order attached to the Fee Application be entered by the Court.

---

[1] The last four digits of the Debtor's federal tax identification number are (4547). The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

11644610 v1

Dated: October 22, 2018      **BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

*/s/ Michael J. Barrie*
Michael J. Barrie (PA Bar No. 85626)
Jennifer R. Hoover (PA Bar No. 87910)
1650 Market Street, Suite 3628
Philadelphia, PA 19103
(267) 207-2947 (Telephone)
(267) 207-2949 (Facsimile)

*Counsel for the Debtor and Debtor in Possession*