# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| BLEACHER CREATURES, LLC, | Case No. 17-13162 (JKF) |
| Debtor.[1] | |

## ORDER GRANTING SECOND AND FINAL APPLICATION OF VINIAR & COMPANY, AS TAX ACCOUNTANT TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED TO THE DEBTOR

AND NOW, this _____ day of _____, 2018, upon consideration the *Second and Final Application of Viniar & Company, as Tax Accountant to the Debtor and Debtor in Possession, for Payment of Compensation for Services Rendered to the Debtor* (the "Application");[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the Application is in the best interests of the Debtor, its estate, and its creditors; and adequate notice of the Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor, it is hereby:

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that the Debtor is authorized to pay Viniar & Company $6,014.00 on a final basis for services rendered by Viniar & Company to the Debtor; and it is further

---

[1] The last four digits of the Debtor's federal tax identification number are (4547). The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

[2] Capitalized but undefined terms have the meaning ascribed to them in the Application.

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to this Order.

**Date: October 26, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE

Copies to: attached service list

Bleacher Creatures, LLC
527 Plymouth Road, Suite 407
Plymouth Meeting, PA 19462

Berger Law Group, PC
Phillip D. Berger, Esquire
11 Elliott A venue, Suite 100
Bryn Mawr, PA 19010

Office of the United States Trustee
George M. Conway, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**Twenty Largest**

American Express
Accounts Receivable
P.O. Box 360001
Fort Lauderdale, FL 33336

Anbest Toys and Gifts
Attn.: Cherry
No.66 Lianxin Road, Guangling District
Yangzhou, Jiangsu, CHINA

Animal Magic Asia Ltd.
Attn.: Willlem
BV Transvaalkade 13 1092 JK
Amsterdam, NETHERLANDS

Ben Crudo Consulting Inc.
Attn.: Ben Crudo
4020 St-Ambroise Suite 198
Montreal Quebec, CANADA H4C2C7

Chase Card Services
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Distribution Alternatives dba DSS
Attn.:  Margaret Zaro
435 Park Court
Lino Lakes, MN 55014

Labyrinth Sales
Attn.:  Jackie Hughes
29500 Aurora Road Suite 8
Solon, OH 44139

Leo Guthart
96 I U Willets Road
Old Westbury, NY 11568

Major League Baseball Players' Assoc.
Attn.:  Tim Anziano
12 East 49th Street, 24th Floor
New York, NY 10017

Major League Baseball Properties, Inc.
Attn.:  Karen Abdul
12 East 49th Street, 34th Floor
New York, NY 10017

Marvel Characters B.V.
c/o Marvel Entertainment, LLC
Attn.:  Yolanda Cruz
135 West 50th Street, 7th Floor
New York, NY 10019

NBA Properties, Inc.
Attn.:  Lindsay Milne
P.O. Box 10602
Newark, NJ 07193

NFL Players Incorporated
Attn.:  Iva Lamanna/Karen Austin
1133 20th Street, N.W.
Washington, DC 20036

NHL Enterprises, LP
Attn.:  Mary Beth Hunt
185 Avenue of the Americas
New York, NY 10036

National Hockey League Players Assoc.
Attn.:  Jennifer Coleman
10 Bay Street, Suite 1200,
Toronto, Ontario M5J 2R8, CANADA

STC (Dongguan) Company Ltd

Attn.: Eugene Huang
68 Fumin Nan Road, Dalang
Dongguan, Guangdong  CHINA

Soccer United Marketing
Attn.: Alyssa Charger
420 5th Avenue, 7th Floor
New York, NY 10018

Warner Brothers
c/o JP Morgan WBCP- LB#21477
131 S. Dearborn - 6th Floor
Chicago, IL 60603

Weiss-Rohlig USA LLC
Attn.: Shan Lam-Firms
Code I352
1601 Estates Avenue
Elk Grove Village, IL 60007

Wells Fargo Bank
481 W Germantown Pike
Plymouth Meeting, PA 19462