United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bleacher Creatures, LLC  
    Debtor

Case No. 17-13162-jkf  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Oct 26, 2018  
                      Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
```
db             #+Bleacher Creatures, LLC,    527 Plymouth Road,    Suite 407,    Plymouth Meeting, PA 19462-1641
aty             Benesch, Friedlander, Coplan & Aronoff LLP,    One Liberty Place,    1650 Market Street,
                  Suite 3628,    Philadelphia, PA  19103-7301
acc            +VINIAR & COMPANY,    7341 Carmela Way,    Del Ray Beach, FL 33446-5667
acc            +VINIAR & COMPANY,    222 S. US Highway 1,    ste 7,    Tesquesta, FL 33469-2740
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
```
              DAVID M. KLAUDER    on behalf of Interested Party    Bleacher Acquisition, LLC
               dklauder@bk-legal.com,    ahuber@bk-legal.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GLEN P. CALLAHAN    on behalf of Creditor    Major League Baseball Players Association
               gcallahan@mccarter.com
              JENNIFER R. HOOVER    on behalf of Debtor    Bleacher Creatures, LLC jhoover@beneschlaw.com,
               docket@beneschlaw.com;mbarrie@beneschlaw.com;lmolinaro@beneschlaw.com
              MATTHEW RIFINO    on behalf of Creditor    Major League Baseball Players Association
               MRifino@McCarter.com,    kmayer@mccarter.com
              MICHAEL JASON BARRIE    on behalf of Debtor    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
               docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              MICHAEL JASON BARRIE    on behalf of Plaintiff    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
               docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              MICHAEL JASON BARRIE    on behalf of Accountant    VINIAR & COMPANY mbarrie@beneschlaw.com,
               docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              NATALIE D. RAMSEY    on behalf of    Major League Baseball Properties, Inc. nramsey@mmwr.com,
               ECFdocuments@pacerpro.com;keith-mangan-mmwr-1628@ecf.pacerpro.com
              PHILLIP D. BERGER    on behalf of    Beneficial Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              PHILLIP D. BERGER    on behalf of Creditor Benjamin    Shein berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Interested Party    Bleacher Acquisition, LLC
               tbielli@bk-legal.com,    cstephenson@bk-legal.com;acarrillo@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| BLEACHER CREATURES, LLC, | Case No. 17-13162 (JKF) |
| Debtor.[1] | |

**ORDER GRANTING SECOND AND FINAL APPLICATION OF VINIAR & COMPANY, AS TAX ACCOUNTANT TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED TO THE DEBTOR**

AND NOW, this _____ day of _____, 2018, upon consideration the *Second and Final Application of Viniar & Company, as Tax Accountant to the Debtor and Debtor in Possession, for Payment of Compensation for Services Rendered to the Debtor* (the "Application");[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the Application is in the best interests of the Debtor, its estate, and its creditors; and adequate notice of the Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor, it is hereby:

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that the Debtor is authorized to pay Viniar & Company $6,014.00 on a final basis for services rendered by Viniar & Company to the Debtor; and it is further

---

[1] The last four digits of the Debtor's federal tax identification number are (4547). The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

[2] Capitalized but undefined terms have the meaning ascribed to them in the Application.

      **ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to this Order.

**Date: October 26, 2018**

*[signature]*

_____
UNITED STATES BANKRUPTCY JUDGE

Copies to: attached service list

Bleacher Creatures, LLC
527 Plymouth Road, Suite 407
Plymouth Meeting, PA 19462

Berger Law Group, PC
Phillip D. Berger, Esquire
11 Elliott A venue, Suite 100
Bryn Mawr, PA 19010

Office of the United States Trustee
George M. Conway, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**Twenty Largest**

American Express
Accounts Receivable
P.O. Box 360001
Fort Lauderdale, FL 33336

Anbest Toys and Gifts
Attn.: Cherry
No.66 Lianxin Road, Guangling District
Yangzhou, Jiangsu, CHINA

Animal Magic Asia Ltd.
Attn.: Willlem
BV Transvaalkade 13 1092 JK
Amsterdam, NETHERLANDS

Ben Crudo Consulting Inc.
Attn.: Ben Crudo
4020 St-Ambroise Suite 198
Montreal Quebec, CANADA H4C2C7

Chase Card Services
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Distribution Alternatives dba DSS
Attn.:  Margaret Zaro
435 Park Court
Lino Lakes, MN 55014

Labyrinth Sales
Attn.: Jackie Hughes
29500 Aurora Road Suite 8
Solon, OH 44139

Leo Guthart
96 I U Willets Road
Old Westbury, NY 11568

Major League Baseball Players' Assoc.
Attn.: Tim Anziano
12 East 49th Street, 24th Floor
New York, NY 10017

Major League Baseball Properties, Inc.
Attn.: Karen Abdul
12 East 49th Street, 34th Floor
New York, NY 10017

Marvel Characters B.V.
c/o Marvel Entertainment, LLC
Attn.: Yolanda Cruz
135 West 50th Street, 7th Floor
New York, NY 10019

NBA Properties, Inc.
Attn.: Lindsay Milne
P.O. Box 10602
Newark, NJ 07193

NFL Players Incorporated
Attn.: Iva Lamanna/Karen Austin
1133 20th Street, N.W.
Washington, DC 20036

NHL Enterprises, LP
Attn.: Mary Beth Hunt
185 Avenue of the Americas
New York, NY 10036

National Hockey League Players Assoc.
Attn.: Jennifer Coleman
10 Bay Street, Suite 1200,
Toronto, Ontario M5J 2R8, CANADA

STC (Dongguan) Company Ltd

Attn.:  Eugene Huang
68 Fumin Nan Road, Dalang
Dongguan, Guangdong  CHINA

Soccer United Marketing
Attn.:  Alyssa Charger
420 5th Avenue, 7th Floor
New York, NY 10018

Warner Brothers
c/o JP Morgan WBCP- LB#21477
131 S. Dearborn - 6th Floor
Chicago, IL 60603

Weiss-Rohlig USA LLC
Attn.: Shan Lam-Firms
Code I352
1601 Estates Avenue
Elk Grove Village, IL 60007

Wells Fargo Bank
481 W Germantown Pike
Plymouth Meeting, PA 19462