United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-13162-jkf
Bleacher Creatures, LLC                                                         Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan              Page 1 of 1              Date Rcvd: Nov 05, 2018
                              Form ID: 167            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
db          #+Bleacher Creatures, LLC,    527 Plymouth Road,    Suite 407,    Plymouth Meeting, PA 19462-1641
aty           Benesch, Friedlander, Coplan & Aronoff LLP,    One Liberty Place,    1650 Market Street,
              Suite 3628,    Philadelphia, PA  19103-7301
acc          +VINIAR & COMPANY,    7341 Carmela Way,    Del Ray Beach, FL 33446-5667
acc          +VINIAR & COMPANY,    222 S. US Highway 1,    ste 7,    Tesquesta, FL 33469-2740
13937554     +Benjamin P. Shein,    1107 Beech Road,    Rosemont Pa 19010-1647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: kcoughlan@sheinlaw.com Nov 06 2018 02:40:34     Benjamin Shein,
              121 S Broad Street, 21st floor,    Philadelphia, PA 19107-4557
                                                                                       TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
            DAVID M. KLAUDER   on behalf of Interested Party   Bleacher Acquisition, LLC
            dklauder@bk-legal.com,  ahuber@bk-legal.com
            GEORGE M. CONWAY   on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
            GLEN P. CALLAHAN   on behalf of Creditor   Major League Baseball Players Association
            gcallahan@mccarter.com
            JENNIFER R. HOOVER   on behalf of Debtor   Bleacher Creatures, LLC jhoover@beneschlaw.com,
            docket@beneschlaw.com;mbarrie@beneschlaw.com;lmolinaro@beneschlaw.com
            MATTHEW RIFINO   on behalf of Creditor   Major League Baseball Players Association
            MRifino@McCarter.com,  kmayer@mccarter.com
            MICHAEL JASON BARRIE   on behalf of Accountant    VINIAR & COMPANY mbarrie@beneschlaw.com,
            docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
            MICHAEL JASON BARRIE   on behalf of Debtor    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
            docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
            MICHAEL JASON BARRIE   on behalf of Plaintiff    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
            docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
            NATALIE D. RAMSEY   on behalf of    Major League Baseball Properties, Inc. nramsey@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-mmwr-1628@ecf.pacerpro.com
            PHILLIP D. BERGER   on behalf of    Beneficial Bank berger@bergerlawpc.com,
            kaufmann@bergerlawpc.com
            PHILLIP D. BERGER   on behalf of Creditor Benjamin  Shein berger@bergerlawpc.com,
            kaufmann@bergerlawpc.com
            REBECCA ANN SOLARZ   on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
            THOMAS DANIEL BIELLI   on behalf of Interested Party    Bleacher Acquisition, LLC
            tbielli@bk-legal.com,  cstephenson@bk-legal.com;acarrillo@bk-legal.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Bleacher Creatures, LLC

   Debtor(s)        Case No: 17–13162–jkf

                Chapter: 11

---

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay Filed by Benjamin Shein Represented by PHILLIP D. BERGER (Counsel).

on: 11/13/18

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/5/18

Timothy B. McGrath
Clerk of Court

254 – 177
Form 167