United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bleacher Creatures, LLC  
    Debtor

Case No. 17-13162-jkf  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Joan     Page 1 of 1     Date Rcvd: Nov 06, 2018  
                            Form ID: 167     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
```
db             #+Bleacher Creatures, LLC,    527 Plymouth Road,    Suite 407,    Plymouth Meeting, PA 19462-1641
aty             Benesch, Friedlander, Coplan & Aronoff LLP,    One Liberty Place,    1650 Market Street,
                  Suite 3628,    Philadelphia, PA  19103-7301
acc            +VINIAR & COMPANY,    7341 Carmela Way,    Del Ray Beach, FL 33446-5667
acc            +VINIAR & COMPANY,    222 S. US Highway 1,    ste 7,    Tesquesta, FL 33469-2740
13937554       +Benjamin P. Shein,    1107 Beech Road,    Rosemont Pa 19010-1647
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: kcoughlan@sheinlaw.com Nov 07 2018 02:37:08      Benjamin Shein,
                 121 S Broad Street, 21st floor,    Philadelphia, PA 19107-4557
```
                                                                                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
```
              DAVID M. KLAUDER    on behalf of Interested Party    Bleacher Acquisition, LLC
               dklauder@bk-legal.com,    ahuber@bk-legal.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GLEN P. CALLAHAN    on behalf of Creditor    Major League Baseball Players Association
               gcallahan@mccarter.com
              JENNIFER R. HOOVER    on behalf of Debtor    Bleacher Creatures, LLC jhoover@beneschlaw.com,
               docket@beneschlaw.com;mbarrie@beneschlaw.com;lmolinaro@beneschlaw.com
              MATTHEW  RIFINO    on behalf of Creditor    Major League Baseball Players Association
               MRifino@McCarter.com,    kmayer@mccarter.com
              MICHAEL JASON BARRIE    on behalf of Accountant    VINIAR & COMPANY mbarrie@beneschlaw.com,
               debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              MICHAEL JASON BARRIE    on behalf of Debtor    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
               debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              MICHAEL JASON BARRIE    on behalf of Plaintiff    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
               debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              NATALIE D. RAMSEY    on behalf of     Major League Baseball Properties, Inc. nramsey@mmwr.com,
               ECFdocuments@pacerpro.com;keith-mangan-mmwr-1628@ecf.pacerpro.com
              PHILLIP D. BERGER    on behalf of     Beneficial Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              PHILLIP D. BERGER    on behalf of Creditor Benjamin   Shein berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Interested Party    Bleacher Acquisition, LLC
               tbielli@bk-legal.com,    cstephenson@bk-legal.com;acarrillo@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                                                                                                                           TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Bleacher Creatures, LLC
    Debtor(s)

Case No: 17–13162–jkf
Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING AS TO TIME ONLY\*\*\*

Decision re: Motion for Relief from Stay Filed by Benjamin Shein Represented by PHILLIP D. BERGER (Counsel).

on: 11/13/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 11/6/18

For The Court

Timothy B. McGrath
Clerk of Court

255 – 177
Form 167