# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BLEACHER CREATURES, LLC | CHAPTER 11

Debtor | No. 17-13162-jkf

## ORDER ~~GRANTING~~ DENYING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362

AND NOW, this 13th day of November, 2018, upon consideration of creditor Benjamin Shein (hereinafter "Shein") Motion for Relief from Stay (the "Motion"), and after notice, *for the reasons set forth in open Court this date* and hearing thereon, and appearing that *no* cause exists for the relief requested; it is

ORDERED that the ~~automatic stay provisions of 11 U.S.C. § 362 are hereby terminated with respect to Shein as follows:~~ *Motion is denied.*

~~Shein shall be entitled to enforce his federal and/or state court rights and remedies against the Debtor to the extent that Shein may name the Debtor as an additional Defendant in a lawsuit relating to Shein's purchase of his equity interest in the Debtor, provided that Shein will not seek to enforce any judgment directly against the Debtor, if so received; and it is further~~

~~ORDERED that this Order shall survive a dismissal or termination of the within bankruptcy case and shall be binding upon the Debtor and the Trustee appointed herein.~~

BY THE COURT:

_____
Jean K. FitzSimon, United States Bankruptcy Judge