United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-13162-jkf
Bleacher Creatures, LLC                                                         Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Rochelle            Page 1 of 1            Date Rcvd: Nov 15, 2018
                            Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db             #+Bleacher Creatures, LLC,    527 Plymouth Road,   Suite 407,   Plymouth Meeting, PA 19462-1641
aty             Benesch, Friedlander, Coplan & Aronoff LLP,   One Liberty Place,   1650 Market Street,
                 Suite 3628,   Philadelphia, PA  19103-7301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kcoughlan@sheinlaw.com Nov 16 2018 03:23:51      Benjamin Shein,
                 121 S Broad Street, 21st floor,   Philadelphia, PA 19107-4557
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              DAVID M. KLAUDER    on behalf of Interested Party    Bleacher Acquisition, LLC
               dklauder@bk-legal.com,   ahuber@bk-legal.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GLEN P. CALLAHAN    on behalf of Creditor    Major League Baseball Players Association
               gcallahan@mccarter.com
              JENNIFER R. HOOVER    on behalf of Debtor    Bleacher Creatures, LLC jhoover@beneschlaw.com,
               debankruptcy@beneschlaw.com;mbarrie@beneschlaw.com
              MATTHEW   RIFINO    on behalf of Creditor    Major League Baseball Players Association
               MRifino@McCarter.com,   kmayer@mccarter.com
              MICHAEL JASON BARRIE    on behalf of Debtor    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
               debankruptcy@beneschlaw.com;jhoover@beneschlaw.com
              MICHAEL JASON BARRIE    on behalf of Plaintiff    Bleacher Creatures, LLC mbarrie@beneschlaw.com,
               debankruptcy@beneschlaw.com;jhoover@beneschlaw.com
              MICHAEL JASON BARRIE    on behalf of Accountant    VINIAR & COMPANY mbarrie@beneschlaw.com,
               debankruptcy@beneschlaw.com;jhoover@beneschlaw.com
              NATALIE D. RAMSEY    on behalf of     Major League Baseball Properties, Inc. nramsey@mmwr.com,
               ECFdocuments@pacerpro.com;keith-mangan-mmwr-1628@ecf.pacerpro.com
              PHILLIP D. BERGER    on behalf of     Beneficial Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              PHILLIP D. BERGER    on behalf of Creditor Benjamin  Shein berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Interested Party    Bleacher Acquisition, LLC
               tbielli@bk-legal.com,   cstephenson@bk-legal.com;acarrillo@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:   BLEACHER CREATURES, LLC | CHAPTER 11 |
|---|---|
| Debtor | No. 17-13162-jkf |

ORDER ~~GRANTING~~ *DENYING* RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362

AND NOW, this *13th* day of *November*, 2018, upon consideration of creditor Benjamin Shein (hereinafter "Shein") Motion for Relief from Stay (the "Motion"), and after notice *, for the reasons set forth in open court this date* and hearing thereon and appearing that ~~due~~ *no* cause exists for the relief requested; it is

ORDERED that ~~the automatic stay provisions of 11 U.S.C. § 362 are hereby terminated with respect to Shein as follows:~~ *Motion is denied.*

~~Shein shall be entitled to enforce his federal and/or state court rights and remedies against the Debtor to the extent that Shein may name the Debtor as an additional Defendant in a lawsuit relating to Shein's purchase of his equity interest in the Debtor, provided that Shein will not seek to enforce any judgment directly against the Debtor, if so received; and it is further~~

~~ORDERED that this Order shall survive a dismissal or termination of the within bankruptcy case and shall be binding upon the Debtor and the Trustee appointed herein.~~

BY THE COURT:

*/s/ Jean K. FitzSimon*
Jean K. FitzSimon, United States Bankruptcy Judge