**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 11 |
| BLEACHER CREATURES, LLC, | : Case No. 17-13162 (JKF) |
| Debtor.[1] | : |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTOR'S
SMALL BUSINESS PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE
BANKRUPTCY CODE; AND (II) THE EFFECTIVE DATE THEREUNDER**

**PLEASE TAKE NOTICE** that on November 3, 2017, Bleacher Creatures, LLC (the "Debtor") filed the *Debtor's Small Business Plan of Liquidation* [D.I. 139] (the "Plan") with the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court").[2]

**PLEASE TAKE FURTHER NOTICE** that on May 25, 2018, the Bankruptcy Court entered the *Order Confirming Debtor's Small Business Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 226] (the "Confirmation Order").

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of the Debtor's federal tax identification number are (4547). The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

[2] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Plan.

11754458 v2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order, December 3, 2018 is the effective date under the confirmed Plan (the "Effective Date").

| | |
|---|---|
| Dated:  December 6, 2018 | **BENESCH, FRIEDLANDER,**<br>    **COPLAN & ARONOFF LLP**<br><br> /s/ Michael J. Barrie<br>Michael J. Barrie (PA Bar No. 85626)<br>Jennifer R. Hoover (PA Bar No. 87910)<br>1650 Market Street, Suite 3628<br>Philadelphia, PA  19103<br>(267) 207-2947 (Telephone)<br>(267) 207-2949 (Facsimile)<br><br>*Counsel for the Debtor* |