# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 17-13162 (JKF) |
| BLEACHER CREATURES, LLC, | : | |
| | : | **Objections Due: December 20, 2018** |
| Debtor.[1] | : | |
| | : | **Hearing Location (if necessary):** |
| | : | (Courtroom 3, Robert N.C. Nix Sr. Federal |
| | : | Courthouse (Phila.)) |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

PLEASE TAKE NOTICE THAT the debtor, Bleacher Creatures, LLC (the "Debtor"), has filed the *Motion of the Debtor for a Final Decree and Entry of an Order Closing the Bankruptcy Case* (the "Motion"), seeking entry of a final decree and an Order closing the above-captioned bankruptcy case.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS AND CAREFULLY DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY).**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, **then on or before December 20, 2018**, you or your attorney must do ALL of the following:

   A. File an answer explaining your position at

   **UNITED STATES BANKRUPTCY COURT
   ROBERT N.C. NIX SR. FEDERAL COURTHOUSE
   900 MARKET STREET
   PHILADELPHIA, PENNSYLVANIA 19107**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   B. Mail a copy to Debtor's counsel:

---

[1] The last four digits of the Debtor's federal tax identification number are (4547). The principal place of business of the Debtor is 527 Plymouth Road, Suite 407, Plymouth Meeting, Pennsylvania 19462.

**MICHAEL J. BARRIE**
**JENNIFER R. HOOVER**
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
**1650 MARKET STREET, 36TH FLOOR**
**PHILADELPHIA, PA  19103**

2.  If you or your attorney do not take the steps described in paragraphs 1.A and 1.B above, the Court may enter an order granting the relief requested in the Motion without a hearing.

3.  A hearing on the Motion, if necessary, will be held before the **HONORABLE JEAN K. FITZSIMON** on **JANUARY 9, 2019, at 12:30 P.M.** in Courtroom #3, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania 19107.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1.B.

5.  You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated:  December 6, 2018      **BENESCH, FRIEDLANDER,**
    **COPLAN & ARONOFF LLP**

    */s/ Michael J. Barrie*
    Michael J. Barrie (PA Bar No. 85626)
    Jennifer R. Hoover (PA Bar No. 87910)
    1650 Market Street, Suite 3628
    Philadelphia, PA  19103
    (267) 207-2947 (Telephone)
    (267) 207-2949 (Facsimile)

*Counsel for the Debtor*